

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. **CR S 08-353 DAD**

Kenneth Abrahamson        **ORDER TO PAY**

SOCIAL SECURITY #: 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
DATE OF BIRTH: 3-6-66
DRIVER'S LICENSE #: C3995852
ADDRESS: 508 MYRTLE AVENUE
ROHNERT PARK CA 94928
                CITY         STATE      ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

X DATE: 9/24/08         X _____
                           DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 550.00 and a penalty assessment of $ 25.00 for a TOTAL AMOUNT OF: $ 575.00 within _____ days/months; or payments of $ 100 per month, commencing 10/1/08 and due on the 1 of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

**CENTRAL VIOLATIONS BUREAU**
PO BOX 70939
CHARLOTTE, NC 28272-0939

**CLERK, USDC**
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

**(CLERK, USDC**
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322)

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 9/24/08         **DALE A. DROZD**
                        U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-SST                                                           EDCA–3